UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOHN ROBERT DEMOS, JR., | ) | CASE NO. MC05-70-RSM |
| Plaintiff, | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| DOUGLAS CARR, et al., | ) | |
| Defendants. | ) | |

Plaintiff John Robert Demos has filed an application to proceed *in forma pauperis* and a proposed civil rights complaint. This appears to be the third action filed by plaintiff during the 2005 calendar year.

Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See*, *e.g.*, *In re John Robert Demos*, MS91-269 (W.D. Wash., January 16, 1992); *Demos v. Storrie*, 507 U.S. 290, 291 (1993). The bar order entered by this court precludes plaintiff from filing more than three applications to proceed *in forma pauperis* in any calendar year. In addition, because of the numerous frivolous lawsuits filed by plaintiff in the past, he also faces the statutory bar imposed by 28 U.S.C. § 1915(g). To overcome the statutory bar, plaintiff must allege that he is in "imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

The Court has reviewed plaintiff's proposed civil rights complaint and *in forma pauperis* application. Plaintiff contends that prison officials have retaliated against him for "reporting to the U.S. Secret Service a plot to kill the President." (Proposed Complaint at 3). Plaintiff alleges that he overheard prison guards saying that Bill Gates was planning to purchase a nuclear bomb from Russian agents and detonate the bomb near the White House. (*Id*. at 4). Although their motivation is unclear, plaintiff further alleges that after he reported this plot to prison officials, they responded by assigning cell-mates to plaintiff who steal from him, threaten his life, leave the cell light on to bother his eyes, and do not bathe. (*Id*. at 3).

Plaintiff's fanciful allegations do not show with the requisite degree of specificity that he is in imminent danger of serious physical injury. Accordingly, plaintiff's most recent application to proceed *in forma pauperis* should be denied, and this action dismissed. In addition, plaintiff should be advised that, because this is his third application to proceed *in forma pauperis* in this calendar year, any future applications "will not be filed, acknowledged, or returned." *In re John Robert Demos*, MS91-269 (W.D. Wash., January 16, 1992). A proposed Order accompanies this recommendation.

DATED this  24th  day of  May , 2005.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2