UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DOUGLAS CARR, *et al.*,<br><br>　　　　　　Defendants. | CASE NO.  MS05-70RSM<br><br>ORDER OF DISMISSAL |

　　　　This matter comes before the Court on plaintiff's four Objections to the Report and Recommendation ("R&R") issued by the Honorable Mary Alice Theiler, United States Magistrate Judge, on May 24, 2005.  (Dkts. #3, #4, #5 and #6).  While plaintiff has presented many objections to the R&R, none of them actually respond to the reasoning set forth by Judge Theiler in her recommendation to deny plaintiff's application to proceed *in forma pauperis*, and to dismiss his case.  Instead, plaintiff merely presents additional allegations of malicious plots by the government against himself and various celebrities and governmental figure heads.  Furthermore, petitioner's Fourth Objections to the R&R were not timely filed, and therefore, will be disregarded by the Court.

　　　　Accordingly, the Court, having reviewed plaintiff's Complaint and Application to Proceed *In Forma Pauperis*, Judge Theiler's R&R, plaintiff's objections thereto, and the balance of the record, does hereby ORDER:

　　　　(1) Plaintiff's *in forma pauperis* application is DENIED.  Plaintiff is advised that, because this is his third application to proceed *in forma pauperis* in this calendar year, any future

ORDER OF DISMISSAL

1 applications "will not be filed, acknowledged, or returned." *In re John Robert Demos*, MS91-
2 269 (W.D. Wash., January 16, 1992).  If any further IFP application is received from plaintiff,
3 the Clerk shall make a notation on the Court's electronic docket sheet that such application was
4 received, <u>but was not filed</u>, and was returned to plaintiff pursuant to this Order.  The Clerk shall
5 forward a copy of this Order with the returned application.

6     (2) The Complaint and this action are DISMISSED without prejudice to plaintiff's
7 refiling a new action upon payment of the filing fees.  *See* 28 U.S.C. § 1915(g).

8     (3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.
9 Dated this __27__ day of June, 2005.

                                   /s/   Ricardo S. Martinez
                                   RICARDO S. MARTINEZ
                                   United States District Judge

ORDER OF DISMISSAL